**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2158**

---

VIRGIE B. HUBBARD; DENNIS G. HUBBARD; DENNIS
G. HUBBARD, JR.,

                              Plaintiffs - Appellants,

        versus

ELLIOTT, INCORPORATED,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, Chief
District Judge.  (CA-04-589)

---

Submitted:  February 23, 2006      Decided:  February 28, 2006

---

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Virgie B. Hubbard, Dennis G. Hubbard, and Dennis G. Hubbard, Jr.,
Appellants Pro Se.  John Headley Shott, Sr., SHOTT, GURGANUS &
WILLIAMSON, Bluefield, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Virgie B. Hubbard, Dennis G. Hubbard, and Dennis G. Hubbard, Jr., appeal the district court's order accepting the recommendation of the magistrate judge dismissing their civil action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hubbard v. Elliott, Inc.</u>, No. CA-04-589 (S.D.W. Va. Sept. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>